**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____     Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Aspire Financial Inc** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Texas Lending.com** <br> **DBA  Aspire Lending** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **75-2945170** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **13901 Midway Rd Ste. 102414** <br> **Dallas, TX 75244** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Dallas** <br> County | **Location of principal assets, if different from principal place of business** <br> **4250 McEwen Rd Dallas, TX 75244** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **Aspire Financial Inc**
    Name

Case number (*if known*) _____

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __5222__

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

---

| Debtor | **Aspire Financial Inc** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☑ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Aspire Financial Inc**
          Name                                                    Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Aspire Financial Inc**
Name

Case number (*if known*) _____

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 13, 2024**
                MM / DD / YYYY

**X** **/s/ Kevin C. Miller**
Signature of authorized representative of debtor

**Kevin C. Miller**
Printed name

Title    **CEO**

**18. Signature of attorney**

**X** **/s/ Robert Yaquinto, Jr.**
Signature of attorney for debtor

Date    **June 13, 2024**
        MM / DD / YYYY

**Robert Yaquinto, Jr. 22115750**
Printed name

**Sherman & Yaquinto, LLP**
Firm name

**509 N. Montclair Avenue**
**Dallas, TX 75208**
Number, Street, City, State & ZIP Code

Contact phone    **(214) 942.5502**    Email address    **Rob@syllp.com**

**22115750 TX**
Bar number and State

4100 ALPHA PROPERTY, L.L.C.
7324 SW FREEWAY, SUITE 1900
Houston, TX 77074


A BETTER ANSWER INC
1410 G. Ave
Plano, TX 75074


ALTISOURCE HOLDINGS LLC
C/O ALTISOURCE SOLUTIONS, INC
DEPT CH 18137
Palatine, IL 60055-8137


AMERIHOME MORTGAGE COMPANY LLC.
ATTENTION: ACCOUNTS RECEIVABLE
1 BAXTER WAY, SUITE 300
Thousand Oaks, CA 91362-3888


ARC HOME LOANS
224 STRAWBRIDGE DRIVE
SUITE200
Moorestown, NJ 08057


ARKANSAS SECURITIES DEPARTMENT
Attn: Charles Kelemen
201 E. Markham, Suite 300
Little Rock, AR 72201


BLACK KNIGHT TECHNOLOGIES, LLC
ATTN: Accounts Receivable
PO Box 742971
Los Angeles, CA 90074-2971


BOOST MEDIA GROUP
1750 PRAIRIE CITY RD
SUITE 130 #811
Folsom, CA 95630


CARROLLTON-FARMERS BRANCH I.S.D
P.O. Box 208227
Dallas, TX 75320-8227

```
CIC CREDIT
PO Box 22827
Tampa, FL 33622


CIC Credit
327 Caldwell Drive
Suite 100
Goodlettsville, TN 37072


CITIBANK, N.A.
CENTRAL LOAN ADMINISTRATION & REPORTING
P O BOX 11733
Newark, NJ 07101-4733


CMG MORGAGE, INC
3160 CROW CANYON ROAD, SUITE 400
San Ramon, CA 94583


COMPUTERSHARE LOAN SERVICES
Specialized Loan Servicing
6200 S Quebec Street
Greenwood Village, CO 80111


CSC
P.O. Box 7410023
Chicago, IL 60674-5023


DATACON
2633 MCKINNEY AVe
SUITE 130314
Dallas, TX 75204


ESSENT GUARANTY INC
101 S. STRATFORD ROAD, SUITE 400
Winston Salem, NC 27104


FANNIE MAE
1100 15TH ST. NW
Washington, DC 20005
```

FEDEX
P.O.Box 660481
Dallas, TX 75266-0481


FIFTH THIRD BANK, NATIONAL ASSOCIATION
P.O. Box 639959
Cincinnati, OH 45263-9959


FIFTH THIRD MORTGAGE
5050 KINGSLEY DR
Cincinnati, OH 45227


FIVE9, Inc
1801 W OLYMPIC BLVD
Pasadena, CA 91199-2361


FLAGSTAR BANK
ACCOUNTS RECEIVABLE E900-4
5151 CORPORATE DR
Troy, MI 48098-2639


HOMEPOINT FINANCIAL CORPORATION
D/B/A MR. COOPER
9465 COUNSELORS ROW
SUITE 200
Indianapolis, IN 46240


ICE MORTGAGE TECHNOLOGY, INC.
PO Box 7410442
Chicago, IL 60674-0442


INTEGRIS LLC
PO BOX 674539
Dallas, TX 75267


Jason Spooner
90 Stone Hinge Dr.
Fairview, TX 75069

JOHN R AMES, CTA
P O Box 139066
Dallas, TX 75313-9066


JOHNSTON THOMAS, ATTORNEYS AT LAW
Attn: Barbara Johnston
1400 N.Dutton Ave. Suite 21
Santa Rosa, CA 95401


JORNAYA
Lead Intelligence, Inc
1001 E. Hector Street, Suite 230
Conshohocken, PA 19428


Katie Miller
3540 Golfing Green Dr.
Dallas, TX 75234


Kevin Miller
3540 Golfing Green Dr.
Dallas, TX 75234


KXAS-TV
P.O.BOX 419306
Boston, MA 02241-9306


LAKEVIEW LOAN SERVICING, LLC.
4425 PONCE DE LEON BLVD
5TH FLOOR
Miami, FL 33146


LENDERS ONE
C/O Altisource Solutions, Inc.
DEPT CH 18129
Palatine, IL 60055-8129


LEXISNEXIS RISK SOLUTIONS
Billing ID 1633617
28330 Network Place
Chicago, IL 60673-1283

LOANDEPOT.COM, LLC
26642 TOWNE CENTRE DRIVE
Foothill Ranch, CA 92610


LUMEN/ LEVEL 3 COMMUNICATIONS, LLC
PO Box 910182
Denver, CO 80291-0182


Mark C. Roberts II
& David E Castaneda
7324 Sputhwest Freeway
Suite 1920
Houston, TX 77074


MARSH AND MCLENNAN AGENCY - MHBT
P.O. BOX 848315
Dallas, TX 75284


MAXWELL FINANCIAL LABS, INC.
1700 N Lincoln St Ste 2900
Denver, CO 80203


MERIDIANLINK
3560 HYLAND AVE, SUITE 3200
Costa Mesa, CA 92626


MERSCORP HOLDINGS INC
13059 COLLECTION CENTER DR.
Chicago, IL 60693


MICROSOFT CORPORATION
ONE MIRCROSOFT WAY
Redmond, WA 98052


MINNESOTA UI FUND
PO Box 64621
Saint Paul, MN 55164-0621

MORTGAGE CAPITAL TRADING DBA MCT TRADING
406 9TH AVENUE, SUITE 314
San Diego, CA 92101


Moses, Plamer & Howell, L.L.P.
The Fort Worth Club Building
306 West 7th Stret, Suite 504
Fort Worth, TX 76102


MUTUAL OF OMAHA
PAYMENT PROCESSING CENTER
PO BOX 2147
Omaha, NE 68103-2147


NATIONSTAR MORTGAGE LLC, DBA MR. COOPER
Attn: Patrick Steffes
PO BOX 619088
Dallas, TX 75261


NEUSTAR INFO SERVICES, INC.
Bank of America
P.O. Box 742000
Atlanta, GA 30374-2000


NEVADA DEPARTMENT OF TAXATION
3850 ARROWHEAD DRIVE
2ND FLOOR
Carson City, NV 89706


NEWREZ
ATT: PAYMENT PROCESSING
55 BEATTIE PLACE SUITE 500, MS -501
Greenville, SC 29601


NEWREZ LLC
1100 VIRGINIA DRIVE
STE.125 NR-FTW-G10
Fort Washington, PA 19034


NORTHPOINTE BANK
Attn: Accounts Receivable
5303 28TH STREET CT SE
Grand Rapids, MI 49546

```
NOVA 401k ASSOCIATES
10777 NORTHWEST FREEWAY
SUITE 440
Houston, TX 77092


PENNYMAC CORP.
P.O. Box 669
Attn: PCG Accounts Receivable
Moorpark, CA 93020-0669


PENNYMAC LOAN SERVICES LLC
PO BOX 30597
Los Angeles, CA 90030-0597


PHH MORTGAGE CORPORATION
ATTN; CASH MANAGEMENT
1 MORTGAGE WAY
MAIL STOP SV30
Mount Laurel, NJ 08054


PLANET HOME LENDING
ATTN: KIM DUVALL
11000 BROKEN LAND PARKWAY
SUITE 200
Columbia, MD 21044


PLANET HOME LENDING, LLC
PO BOX 1001
Meriden, CT 06450


PUBLIC STORAGE
4250 MCEWEN ROAD
Dallas, TX 75244


QUENCH USA, INC.
P.O. BOX 735777
Dallas, TX 75373-5777


RADIAN GUARANTY INC
ATTN: PREMIUM PROCESSING
PO BOX 713225
Philadelphia, PA 19171-3225
```

REAL ASPIRE HOLDINGS
13901 MIDWAY
SUITE 102238
Dallas, TX 75244


REVERSEVISION, INC
PO Box 676332
Dallas, TX 75267-6332


RIGHT HOUSE CAPITAL
2525 NELSON MILLER PARKWAY
SUITE 203
Louisville, KY 40223


RUSHMORE LOAN MANAGEMENT SERVICES LLC
ATTN: CUSTOMER RELATIONS
PO BOX 619098
Dallas, TX 75261-9741


SANDLER LAW GROUP
MANAGER/ACCOUNTING, SANDLER LAW GROUP
717 NORTH HARWOOD, SUITE 1600
Dallas, TX 75201


STERICYCLE, INC.
28883 NETWORK PLACE
Chicago, IL 60673-1288


SUNTRUST D/B/A TRUIST FINANCIAL
214 NORTH TRYON STREET
Charlotte, NC 28202


TELADOC HEALTH, INC.
DEPT 3417
PO BOX 123417
Dallas, TX 75312-3417


THE HARTFORD
P O BOX 660916
Dallas, TX 75266-0916

UHS AMERICA
4 HUTTON CENTRE, SUITE 1025
Santa Ana, CA 92707


UNITED HEALTH CARE
UHS Premium Billing
PO Box 94017
Palatine, IL 60094-4017


VERITY GLOBAL ACCOUNTING SOLUTIONS, LLC
143 KENLEY PLACE
SUITE 101
San Antonio, TX 78232


VISIONET SYSTEMS INC.
4 CEDARBROOK DRIVE, BUILDING B
Cranbury, NJ 08512


VITAL RECORDS CONTROL
Dept 5874 PO Box 11407
Birmingham, AL 35246-5874


VONTAGE BUSINESS
23 MAIN STREET
Holmdel, NJ 07733


WELLS FARGO HOME MORTGAGE
MAC F2803-027
4800 W WABASH AVE
Springfield, IL 62711


XACTUS LLC
370 REED ROAD
SUITE 100
Broomall, PA 19008


ZILLOW, INC.
Zillow Group/Mortech - Dept 3283
PO Box 737412
Dallas, TX 75373-7412

# United States Bankruptcy Court
## Northern District of Texas

In re    **Aspire Financial Inc**
                                                                                Case No.

                                        Debtor(s)                               Chapter        **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Aspire Financial Inc**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 13, 2024**

Date

**/s/ Robert Yaquinto, Jr.**

**Robert Yaquinto, Jr. 22115750**

Signature of Attorney or Litigant

Counsel for    **Aspire Financial Inc**

**Sherman & Yaquinto, LLP**

**509 N. Montclair Avenue**
**Dallas, TX 75208**
**(214) 942.5502 Fax:(214) 946.7601**
**Rob@syllp.com**