| | | | |
|---|---|---|---|
| Debtor | **Aspire Financial Inc** | EIN: 75–2945170 | |
| | Name | | |
| United States Bankruptcy Court | Northern District of Texas | Date case filed for chapter: 7 | 6/13/24 |
| Case number: | 24–31727–sgj7 | | |

## Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Aspire Financial Inc | |
| 2. **All other names used in the last 8 years** | dba Texas Lending.com, dba Aspire Lending | |
| 3. **Address** | 13901 Midway Rd Ste. 102414<br>Dallas, TX 75244 | |
| 4. **Debtor's attorney**<br>Name and address | Robert Yaquinto Jr.<br>Sherman & Yaquinto, LLP<br>509 N. Montclair Ave.<br>Dallas, TX 75208–5498 | Contact phone (214) 942–5502<br><br>Email: ryaquinto@syllp.com |
| 5. **Bankruptcy trustee**<br>Name and address | Areya Holder<br>Areya Holder, Trustee<br>Law Office of Areya Holder, PC<br>PO Box 2105<br>Addison, TX 75001–2105 | Contact phone 972–438–8800 |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242 | Hours open:<br>Mon.–Fri 8:30–4:30<br><br>Contact phone 214–753–2000<br><br>Date: 6/13/24 |
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **July 16, 2024 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 615 556 2999, and Passcode 1128218278, OR call 1–469–218–8997**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |
| 8. **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

In re:

Aspire Financial Inc
    Debtor

Case No. 24-31727-sgj

Chapter 7

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aspire Financial Inc, 13901 Midway Rd Ste. 102414, Dallas, TX 75244-4494 |
| 20502732 | + | 4100 ALPHA PROPERTY, L.L.C., 7324 SW FREEWAY, SUITE 1900, Houston, TX 77074-2057 |
| 20502733 | + | A BETTER ANSWER INC, 1410 G. Ave, Plano, TX 75074-5724 |
| 20502734 | | ALTISOURCE HOLDINGS LLC, C/O ALTISOURCE SOLUTIONS, INC, DEPT CH 18137, Palatine, IL 60055-8137 |
| 20502736 | + | ARC HOME LOANS, 224 STRAWBRIDGE DRIVE, SUITE200, Moorestown, NJ 08057-4606 |
| 20502737 | + | ARKANSAS SECURITIES DEPARTMENT, Attn: Charles Kelemen, 201 E. Markham, Suite 300, Little Rock, AR 72201-1669 |
| 20502738 | | BLACK KNIGHT TECHNOLOGIES, LLC, ATTN: Accounts Receivable, PO Box 742971, Los Angeles, CA 90074-2971 |
| 20502739 | + | BOOST MEDIA GROUP, 1750 PRAIRIE CITY RD, SUITE 130 #811, Folsom, CA 95630-9597 |
| 20502740 | | CARROLLTON-FARMERS BRANCH I.S.D, P.O. Box 208227, Dallas, TX 75320-8227 |
| 20502741 | + | CIC CREDIT, PO Box 22827, Tampa, FL 33622-2827 |
| 20502742 | | CITIBANK, N.A., CENTRAL LOAN ADMINISTRATION & REPORTING, P O BOX 11733, Newark, NJ 07101-4733 |
| 20502745 | + | COMPUTERSHARE LOAN SERVICES, Specialized Loan Servicing, 6200 S Quebec Street, Greenwood Village, CO 80111-4720 |
| 20502746 | | CSC, P.O. Box 7410023, Chicago, IL 60674-5023 |
| 20502747 | + | DATACON, 2633 MCKINNEY AVe, SUITE 130314, Dallas, TX 75204-2581 |
| 20502748 | + | ESSENT GUARANTY INC, 101 S. STRATFORD ROAD, SUITE 400, Winston Salem, NC 27104-4231 |
| 20502751 | | FIFTH THIRD BANK, NATIONAL ASSOCIATION, P.O. Box 639959, Cincinnati, OH 45263-9959 |
| 20502752 | + | FIFTH THIRD MORTGAGE, 5050 KINGSLEY DR, Cincinnati, OH 45227-1115 |
| 20502753 | | FIVE9, Inc, 1801 W OLYMPIC BLVD, Pasadena, CA 91199-2361 |
| 20502755 | + | HOMEPOINT FINANCIAL CORPORATION, D/B/A MR. COOPER, 9465 COUNSELORS ROW, SUITE 200, Indianapolis, IN 46240-3817 |
| 20502756 | | ICE MORTGAGE TECHNOLOGY, INC., PO Box 7410442, Chicago, IL 60674-0442 |
| 20502757 | + | INTEGRIS LLC, PO BOX 674539, Dallas, TX 75267-4539 |
| 20502759 | | JOHN R AMES, CTA, P O Box 139066, Dallas, TX 75313-9066 |
| 20502760 | + | JOHNSTON THOMAS, ATTORNEYS AT LAW, Attn: Barbara Johnston, 1400 N.Dutton Ave. Suite 21, Santa Rosa, CA 95401-4643 |
| 20502761 | #+ | JORNAYA, Lead Intelligence, Inc, 1001 E. Hector Street, Suite 230, Conshohocken, PA 19428-2331 |
| 20502758 | + | Jason Spooner, 90 Stone Hinge Dr., Fairview, TX 75069-1946 |
| 20502764 | | KXAS-TV, P.O.BOX 419306, Boston, MA 02241-9306 |
| 20502762 | + | Katie Miller, 3540 Golfing Green Dr., Dallas, TX 75234-5125 |
| 20502763 | + | Kevin Miller, 3540 Golfing Green Dr., Dallas, TX 75234-5125 |
| 20502766 | | LENDERS ONE, C/O Altisource Solutions, Inc., DEPT CH 18129, Palatine, IL 60055-8129 |
| 20502767 | | LEXISNEXIS RISK SOLUTIONS, Billing ID 1633617, 28330 Network Place, Chicago, IL 60673-1283 |
| 20502769 | | LUMEN/ LEVEL 3 COMMUNICATIONS, LLC, PO Box 910182, Denver, CO 80291-0182 |
| 20502771 | + | MARSH AND MCLENNAN AGENCY - MHBT, P.O. BOX 848315, Dallas, TX 75284-8315 |
| 20502772 | + | MAXWELL FINANCIAL LABS, INC., 1700 N Lincoln St Ste 2900, Denver, CO 80203-4529 |
| 20502773 | + | MERIDIANLINK, 3560 HYLAND AVE, SUITE 3200, Costa Mesa, CA 92626-1438 |
| 20502774 | + | MERSCORP HOLDINGS INC, 13059 COLLECTION CENTER DR., Chicago, IL 60693-0001 |
| 20502776 | | MINNESOTA UI FUND, PO Box 64621, Saint Paul, MN 55164-0621 |
| 20502777 | + | MORTGAGE CAPITAL TRADING DBA MCT TRADING, 406 9TH AVENUE, SUITE 314, San Diego, CA 92101-7279 |
| 20502770 | + | Mark C. Roberts II, & David E Castaneda, 7324 Sputhwest Freeway, Suite 1920, Houston, TX 77074-2012 |
| 20502778 | + | Moses, Plamer & Howell, L.L.P., The Fort Worth Club Building, 306 West 7th Street, Suite 504, Fort Worth, TX 76102-4905 |
| 20502780 | + | NATIONSTAR MORTGAGE LLC, DBA MR. COOPER, Attn: Patrick Steffes, PO BOX 619088, Dallas, TX 75261-9088 |
| 20502781 | | NEUSTAR INFO SERVICES, INC., Bank of America, P.O. Box 742000, Atlanta, GA 30374-2000 |
| 20502782 | + | NEVADA DEPARTMENT OF TAXATION, 3850 ARROWHEAD DRIVE, 2ND FLOOR, Carson City, NV 89706-2016 |
| 20502783 | + | NEWREZ, ATT: PAYMENT PROCESSING, 55 BEATTIE PLACE SUITE 500, MS -501, Greenville, SC 29601-5116 |

| 20502785 | + | NORTHPOINTE BANK, Attn: Accounts Receivable, 5303 28TH STREET CT SE, Grand Rapids, MI 49546-6744 |
| 20502786 | + | NOVA 401k ASSOCIATES, 10777 NORTHWEST FREEWAY, SUITE 440, Houston, TX 77092-7319 |
| 20502787 | | PENNYMAC CORP., P.O. Box 669, Attn: PCG Accounts Receivable, Moorpark, CA 93020-0669 |
| 20502790 | + | PLANET HOME LENDING, ATTN: KIM DUVALL, 11000 BROKEN LAND PARKWAY, SUITE 200, Columbia, MD 21044-3555 |
| 20502791 | + | PLANET HOME LENDING, LLC, PO BOX 1001, Meriden, CT 06450-8010 |
| 20502792 | + | PUBLIC STORAGE, 4250 MCEWEN ROAD, Dallas, TX 75244-5393 |
| 20502793 | | QUENCH USA, INC., P.O. BOX 735777, Dallas, TX 75373-5777 |
| 20502794 | | RADIAN GUARANTY INC, ATTN: PREMIUM PROCESSING, PO BOX 713225, Philadelphia, PA 19171-3225 |
| 20502795 | + | REAL ASPIRE HOLDINGS, 13901 MIDWAY, SUITE 102238, Dallas, TX 75244-4494 |
| 20502796 | | REVERSEVISION, INC, PO Box 676332, Dallas, TX 75267-6332 |
| 20502797 | + | RIGHT HOUSE CAPITAL, 2525 NELSON MILLER PARKWAY, SUITE 203, Louisville, KY 40223-3153 |
| 20502799 | + | SANDLER LAW GROUP, MANAGER/ACCOUNTING, SANDLER LAW GROUP, 717 NORTH HARWOOD, SUITE 1600, Dallas, TX 75201-6526 |
| 20502800 | | STERICYCLE, INC., 28883 NETWORK PLACE, Chicago, IL 60673-1288 |
| 20502801 | + | SUNTRUST D/B/A TRUIST FINANCIAL, 214 NORTH TRYON STREET, Charlotte, NC 28202-0129 |
| 20502802 | | TELADOC HEALTH, INC., DEPT 3417, PO BOX 123417, Dallas, TX 75312-3417 |
| 20502804 | + | UHS AMERICA, 4 HUTTON CENTRE, SUITE 1025, Santa Ana, CA 92707-8715 |
| 20502805 | | UNITED HEALTH CARE, UHS Premium Billing, PO Box 94017, Palatine, IL 60094-4017 |
| 20502806 | + | VERITY GLOBAL ACCOUNTING SOLUTIONS, LLC, 143 KENLEY PLACE, SUITE 101, San Antonio, TX 78232-3718 |
| 20502807 | + | VISIONET SYSTEMS INC., 4 CEDARBROOK DRIVE, BUILDING B, Cranbury, NJ 08512-3612 |
| 20502808 | | VITAL RECORDS CONTROL, Dept 5874 PO Box 11407, Birmingham, AL 35246-5874 |
| 20502809 | + | VONTAGE BUSINESS, 23 MAIN STREET, Holmdel, NJ 07733-2136 |
| 20502810 | #+ | WELLS FARGO HOME MORTGAGE, MAC F2803-027, 4800 W WABASH AVE, Springfield, IL 62711-7073 |
| 20502811 | + | XACTUS LLC, 370 REED ROAD, SUITE 100, Broomall, PA 19008-4019 |
| 20502812 | | ZILLOW, INC., Zillow Group/Mortech - Dept 3283, PO Box 737412, Dallas, TX 75373-7412 |

TOTAL: 67

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ryaquinto@syllp.com | Jun 13 2024 21:45:00 | Robert Yaquinto, Jr., Sherman & Yaquinto, LLP, 509 N. Montclair Ave., Dallas, TX 75208-5498 |
| tr | | EDI: FAHAURZADA.COM | Jun 14 2024 01:33:00 | Areya Holder, Areya Holder, Trustee, Law Office of Areya Holder, PC, PO Box 2105, Addison, TX 75001-2105 |
| 20502735 | | Email/Text: bankruptcycourtnotices@amerihome.com | Jun 13 2024 21:46:00 | AMERIHOME MORTGAGE COMPANY LLC., ATTENTION: ACCOUNTS RECEIVABLE, 1 BAXTER WAY, SUITE 300, Thousand Oaks, CA 91362-3888 |
| 20502742 | + | Email/Text: compliance@ciccredit.com | Jun 13 2024 21:48:00 | CIC Credit, 327 Caldwell Drive, Suite 100, Goodlettsville, TN 37072-3409 |
| 20502744 | ^ | MEBN | Jun 13 2024 21:40:38 | CMG MORGAGE, INC, 3160 CROW CANYON ROAD, SUITE 400, San Ramon, CA 94583-1382 |
| 20502749 | | Email/Text: bky_mail@fanniemae.com | Jun 13 2024 21:46:00 | FANNIE MAE, 1100 15TH ST. NW, Washington, DC 20005 |
| 20502750 | ^ | MEBN | Jun 13 2024 21:40:54 | FEDEX, P.O.Box 660481, Dallas, TX 75266-0481 |
| 20502754 | | Email/Text: cashiering-administrationservices@flagstar.com | Jun 13 2024 21:48:00 | FLAGSTAR BANK, ACCOUNTS RECEIVABLE E900-4, 5151 CORPORATE DR, Troy, MI 48098-2639 |
| 20502765 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 13 2024 21:46:00 | LAKEVIEW LOAN SERVICING, LLC., 4425 PONCE DE LEON BLVD, 5TH FLOOR, Miami, FL 33146-1839 |
| 20502768 | + | Email/Text: bknotification@loandepot.com | Jun 13 2024 21:48:00 | LOANDEPOT.COM, LLC, 26642 TOWNE CENTRE DRIVE, Foothill Ranch, CA 92610-2808 |
| 20502775 | + | Email/Text: celabnc@microsoft.com | Jun 13 2024 21:47:00 | MICROSOFT CORPORATION, ONE MIRCROSOFT WAY, Redmond, WA 98052-8300 |

| 20502779 | | Email/Text: bankruptcy.notice@mutualofomaha.com | | |
| | | | Jun 13 2024 21:47:00 | MUTUAL OF OMAHA, PAYMENT PROCESSING CENTER, PO BOX 2147, Omaha, NE 68103-2147 |
| 20502784 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Jun 13 2024 21:46:00 | NEWREZ LLC, 1100 VIRGINIA DRIVE, STE.125 NR-FTW-G10, Fort Washington, PA 19034-3235 |
| 20502788 | | Email/PDF: ebnotices@pnmac.com | | |
| | | | Jun 13 2024 21:50:57 | PENNYMAC LOAN SERVICES LLC, PO BOX 30597, Los Angeles, CA 90030-0597 |
| 20502789 | + | EDI: LCIPHHMRGT | | |
| | | | Jun 14 2024 01:33:00 | PHH MORTGAGE CORPORATION, ATTN; CASH MANAGEMENT, 1 MORTGAGE WAY, MAIL STOP SV30, Mount Laurel, NJ 08054-4637 |
| 20502798 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jun 13 2024 21:46:00 | RUSHMORE LOAN MANAGEMENT SERVICES LLC, ATTN: CUSTOMER RELATIONS, PO BOX 619098, Dallas, TX 75261-9098 |
| 20502803 | ^ | MEBN | | |
| | | | Jun 13 2024 21:40:11 | THE HARTFORD, P O BOX 660916, Dallas, TX 75266-0916 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2024                    Signature:        /s/Gustava Winters